CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 23 2011

JULIA C. DUDLEY, CLERK
BY: /s/ _____
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | : | Criminal No. 7:10-M-415 |
| | : | |
| America Online email account | : | |
| ▉▉▉▉▉▉▉▉▉ | : | **SEALED** |
| | : | |

## ORDER

It is hereby **ORDERED** that the sealing of the search warrant, affidavit and all related documents in the above-captioned matter be extended for a period of 30 days or pending further order of the court.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

DISTRICT